**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ASHLEY OGEDEGBE,<br><br>        Plaintiff,<br><br>    v.<br><br>MCDERMOTT WILL & EMERY LLP; and<br>JOHN DOES 1-10,<br><br>        Defendants. | Case No. 1:25-cv-08908<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Laura K. McNally |

**JOINT MOTION TO ENTER PROPOSED AGREED
CONFIDENTIALITY ORDER**

Plaintiff Ashley Ogedegbe ("Plaintiff") and Defendant McDermott Will & Schulte LLP (f/k/a McDermott Will & Emery LLP) ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby jointly request that the Court approve and adopt the Proposed Agreed Confidentiality Order, and state as follows:

1. The Parties to this lawsuit intend to produce documents and other information to support their respective positions in this litigation, which will include sensitive internal files and policies maintained by Defendant as confidential, as well as documents that may contain personally identifying information of non-parties.

2. The Parties wish to prevent the use of Confidential Information outside of this litigation, to establish parameters under which Confidential Information should be treated, and to otherwise prevent any unnecessary disclosure of that Confidential Information.

3. The Parties have agreed upon a proposed form of a Confidentiality Order, submitted contemporaneously with this Motion to Proposed_Order_McNally@ilnd.uscourts.gov pursuant to

1

this Court's procedures. The Proposed Agreed Confidentiality Order is based on the model confidentiality order provided by the Northern District of Illinois.

4.  The Parties therefore respectfully request entry of the Proposed Agreed Confidentiality Order to facilitate the Parties' exchange of discovery in this litigation.

**WHEREFORE,** the Parties respectfully request that this motion be granted and that the Proposed Agreed Confidentiality Order be entered.

Dated: October 30, 2025

Respectfully submitted,

**WIGDOR LLP**

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/* Kassandra Vazquez
Michael J. Willemin
Brooke Payton
Kassandra Vazquez
85 Fifth Avenue
New York, NY 10003
Telephone: +1.212.257.6800
Facsimile: +1.212.257.6845
mwillemin@wigdorlaw.com
bpayton@wigdorlaw.com
kvazquez@wigdorlaw.com

*/s/* Jill Vorobiev
Jill Vorobiev, Bar No. 6237734
110 North Wacker Drive
Chicago, IL  60606-1511
Telephone: +1.312.324.1000
Facsimile: +1.312.324.1001
jill.vorobiev@morganlewis.com

Grace Speights, Admitted Pro Hac Vice
1111 Pennsylvania Avenue, NW
Washington, DC 20004-25441
Telephone: +1.202.739.5189
Facsimile: +202.739.3001
grace.speights@morganlewis.com

*Attorneys for Plaintiff Ashley Ogedegbe*

*Attorneys for Defendant McDermott Will & Schulte LLP*

2