**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
-----------------------------------------------------------------X

ASHLEY OGEDEGBE         :

             :   Case No.: 1:25-cv-08908 (JLA)(LKM)

       Plaintiff,   :

             :

   v.         :   **STIPULATION**

             :

MCDERMOTT WILL & EMERY LLP; and  :

JOHN DOES 1-10,       :

             :

       Defendants.  :
-----------------------------------------------------------------X

   **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, as follows:

   1.  In the above-captioned lawsuit, Plaintiff Ashley Ogedegbe will not claim as damages the amount she would have been paid by Katten Muchin Rosenman LLP ("Katten") had she remained employed at Katten instead of joining McDermott Will & Emery LLP ("MWE").

   2.  MWE will not seek discovery from Katten based on the argument that Plaintiff is claiming as damages the amount she would have been paid by Katten had she remained employed at Katten instead of joining MWE.

   3.  For the purposes of this stipulation, facsimile signatures shall have the same force and effect as originals.

1

Dated: March 20, 2026
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
Michael J. Willemin
Kassandra Vazquez
Brooke Payton

85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
kvazquez@wigdorlaw.com
bpayton@wigdorlaw.com

*Counsel for Plaintiff Ashley Ogedegbe*

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____
Jill S. Vorobiev
Grace Speights, Admitted *Pro Hac Vice*

110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
jill.vorobiev@morganlewis.com

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-25441
Telephone: (202) 739-5189
Facsimile: (202) 739-3001
grace.speights@morganlewis.com

*Counsel for Defendant McDermott Will &
Emery LLP*

2