**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHLEY OGEDEGBE,<br><br>Plaintiff,<br><br>v.<br><br>MCDERMOTT WILL & EMERY LLP; and JOHN DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-08908<br><br>Hon. Jorge L. Alonso<br><br>Hon. Laura K. McNally |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ashley Ogedegbe and Defendant McDermott Will & Schulte LLP f/k/a McDermott Will & Emery LLP, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice, with each party to pay its own attorney's fees and costs.

Ashley Ogedegbe

Plaintiff

By: s/Michael Willemin
One of her Attorneys

Michael Willemin
Wigdor LLP
85 5th Ave, Floor 5
New York, NY 10003
Tel.: (212) 257-6800
Email: mwillemin@wigdorlaw.com

McDermott Will & Schulte LLP f/k/a McDermott Will & Emery LLP

Defendant

By: s/Jill S. Vorobiev
One of its Attorneys

Jill S. Vorobiev (6237734)
Morgan, Lewis & Bockius LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-7507
Tel.: (312) 324-1000
Email: jill.vorobiev@morganlewis.com